# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PEREZ-GONZALEZ,<br><br>              Petitioner,<br><br>  v.<br><br>LINDA SANDERS, WARDEN,<br><br>              Respondent. | NO. CV 12-2439-R (MAN)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition For Actual Innocence Claim Pursuant To Habeas Corpus 28 U.S.C. § 2241" ("Petition"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and petitioner's Objection to the Report (labeled as a "Motion To Set Aside" the Report). The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

    Accordingly, IT IS ORDERED that Judgment shall be entered dismissing this action for lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 14, 2012 .

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE