**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN PEREZ-GONZALEZ,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS, WARDEN,<br><br>    Respondent. | ) NO. CV 12-2439-R (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

DATED:   May 14, 2012  .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE